GP

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X

MALIBU MEDIA, LLC,

                  Plaintiff,

    vs.

JOHN DOES 1-9,

                  Defendants.

---------------------------------------------------------------X

Civil Action No. 12 4818

## NOTICE OF FILING RULE 7.1 DISCLOSURE STATEMENT

PLEASE TAKE NOTICE, pursuant to Rule 7.1, Plaintiff does not have a parent corporation nor a publically held corporation that owns more than 10% of its stock.

                                          Respectfully submitted,

                                          FIORE & BARBER, LLC

                              By: _____
                                  Christopher P. Fiore, Esquire
                                  Aman M. Barber, III, Esquire
                                  Attorneys for Plaintiff
                                  425 Main Street, Suite 200
                                  Harleysville, PA 19438
                                  Tel: (215) 256-0205
                                  Fax: (215) 256-9205
                                  Email: cfiore@fiorebarber.com