IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| Case | Number |
|---|---|
| THIRD DEGREE FILMS, INC. v. JOHN DOES 1-7 | 12-cv-03954 |
| THIRD DEGREE FILMS, INC. v. JOHN DOES 1-7 | 12-cv-03957 |
| NUCORP, LTD. v. LEGOWER | 12-cv-04198 |
| NUCORP, LTD v. SEINDENBERGER | 12-cv-04201 |
| LIBERTY MEDIA HOLDINGS, LLC et al v. JOHN DOES 1-265 | 12-cv-04703 |
| PATRICK COLLINS, INC. v. JOHN DOES 1-17 | 12-cv-04819 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-23 | 12-cv-04821 |
| NUCORP, LTD. v. JOHN DOES 1-9 | 12-cv-02086 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-9 | 12-cv-04818 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-6 | 12-cv-04820 |
| MALIBU MEDIA, LLC v. JOHN DOES 1-18 | 12-cv-04822 |

FILED
AUG 29 2012
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 29th day of August, 2012, it is hereby ordered that the above-captioned cases are referred to the Honorable Michael M. Baylson for monitoring and coordination of the following issues: severance of defendants; the status of discovery; scheduling of arbitration hearings; settlement negotiations; and trial date, and it is

**FURTHER ORDERED** that the above-captioned cases shall remain on the calendar of the Judge to whom it was assigned at the time of filing, until further order of the court.

FOR THE COURT:

_____
J. CURTIS JOYNER
Chief Judge