# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:12-cv-04818-GP |
| | : | |
| JOHN DOES 1-9, | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE 3 ONLY

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe 3 ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. John Doe 3 was assigned the IP Address 69.242.6.26. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe 3 has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Dated: October____, 2012

Respectfully submitted,

By: ___/s/ *Christopher P. Fiore*___
Christopher P. Fiore
cfiore@fiorebarber.com
Attorneys At Law
425 Main Street, Suite 200
Harleysville, PA 19438
Phone: 215-256-0205
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I hereby certify that on October____, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                By: /s/ *Christopher P. Fiore*
                                                Christopher P. Fiore