UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------------------------------X
                                                           :
MALIBU MEDIA, LLC,                                         :
                                                           :   Civil Action No. 5:12-cv-04818-GP
                            Plaintiff,                     :
                                                           :
              vs.                                          :
                                                           :
JOHN DOES 1-9,                                             :
                                                           :
                            Defendants.                    :
                                                           :
-----------------------------------------------------------X
```

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF JOHN DOES 1, 2, 4, 6 AND 8 ONLY

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Does 1, 2, 4, 6 and 8 ("Defendants") from this action without prejudice. Defendants were assigned the IP addresses 174.60.64.189, 68.81.82.127, 71.230.42.105, 71.175.140.161 and 71.175.78.237, respectively. Plaintiff received the names and identifying information of these Defendants in this case and is unable to coordinate service of process to properly serve these Defendants. Plaintiff plans on further investigating and confirming the information provided by the Internet Service Provider and will re-file and serve each Doe Defendant if it deems necessary. For the avoidance of doubt, Plaintiff is not voluntarily dismissing any other Defendant.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint, Amended Complaint nor filed a motion for summary judgment.

Dated: December 20, 2012

1

                Respectfully submitted,

                FIORE & BARBER, LLC

By:   /s/ *Christopher P. Fiore*
       Christopher P. Fiore, Esquire
       Aman M. Barber, III, Esquire
       Attorneys for Plaintiff
       425 Main Street, Suite 200
       Harleysville, PA 19438
       Tel:  (215) 256-0205
       Fax:  (215) 256-9205
       Email:  cfiore@fiorebarber.com
       ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                By:   /s/ *Christopher P. Fiore*